UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LAWRENCE JEHLE, on behalf of his minor child, JESSICA JEHLE

ORDER OF DISMISSAL
CV-04- 3830 (DRH)

-against-

NORTH BABYLON UNION FREE SCHOOL DISTRICT and the Board of Education of NORTH BABYLON UNION FREE SCHOOL DISTRICT

The case having been settled before the Court and an Infant Compromise Order having been entered on December 15, 2006,

IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should settlement not be consummated..

SO ORDERED.

/S/
DENIS R. HURLEY
United States District Judge

Dated: Central Islip, New York
December 15, 2006